# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 12-49165 |
| | § | |
| ALEKSANDER BORON | § | |
| SYLWIA BORON | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

　　　　Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

　　　　The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

　　　　219 South Dearborn Street, Chicago, IL 60604

　　　　Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 a.m. on 11/21/2013, in Courtroom 680, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   10/24/2013　　　　　　　　　　By:   /s/ David P. Leibowitz
　　　　　　　　　　　　　　　　　　　　　　　　　　　(Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-49165 |
| | § | |
| ALEKSANDER BORON | § | |
| SYLWIA BORON | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $7,438.00
*and approved disbursements of* $208.13
*leaving a balance on hand of[1]:* $7,229.87

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $7,229.87

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $1,475.97 | $0.00 | $1,475.97 |
| David P. Leibowitz, Trustee Expenses | $2.80 | $0.00 | $2.80 |
| Lakelaw, Attorney for Trustee Fees | $2,517.50 | $0.00 | $2,517.50 |
| Lakelaw, Attorney for Trustee Expenses | $10.12 | $0.00 | $10.12 |

Total to be paid for chapter 7 administrative expenses: $4,006.39
Remaining balance: $3,223.48

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

|  | Remaining balance: | $3,223.48 |
|---|---|---|

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  |  |  |
|---|---|---|
|  | Total to be paid to priority claims: | $0.00 |
|  | Remaining balance: | $3,223.48 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $31,172.31 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 10.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | $1,996.02 | $0.00 | $206.40 |
| 2 | FIA CARD SERVICES, N.A. | $13,287.46 | $0.00 | $1,374.04 |
| 3 | American Express Centurion Bank | $12,758.06 | $0.00 | $1,319.29 |
| 4 | PNC BANK | $2,622.40 | $0.00 | $271.18 |
| 5 | PNC BANK | $508.37 | $0.00 | $52.57 |

|  |  |  |
|---|---|---|
| Total to be paid to timely general unsecured claims: |  | $3,223.48 |
| Remaining balance: |  | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  |  |  |
|---|---|---|
| Total to be paid to tardily filed general unsecured claims: |  | $0.00 |
| Remaining balance: |  | $0.00 |

UST Form 101-7-NFR (10/1/2010)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David P. Leibowitz
Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

```
In re:                                                           Case No. 12-49165-JPC
Aleksander Boron                                                 Chapter 7
Sylwia Boron
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: lkorotko              Page 1 of 1                  Date Rcvd: Oct 25, 2013
                               Form ID: pdf006             Total Noticed: 19
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 27, 2013.
```
db/jdb      #+Aleksander Boron,   Sylwia Boron,   7248 West 86th Street, 3B,   Bridgeview, IL 60455-1834
19816714     American Express,   PO Box 981537,   El Paso, TX 79998-1537
20733508     American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
19816721    +Aneta Maty,   c/o Eric H. Check,   16 N. Clark, #2575,   Chicago, IL 60602
19816715   ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
             (address filed with court: Bank of America,   PO Box 982235,   El Paso, TX 79998-2235)
19816711    +BMO Harris Bank NA,   200 W. Monroe St, FL 19,   Chicago, IL 60606-5133
19816720    +CITI,   PO Box 6241,   Sioux Falls, SD 57117-6241
19816716     Capital One,   PO Box 30281,   Salt Lk Cty, UT 84130-0281
20553555     Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC 28272-1083
19816717     Citicards CBNA,   PO Box 6241,   Sioux Falls, SD 57117-6241
20601322    +FIA CARD SERVICES, N.A.,   P O Box 982284,   El Paso, TX 79998-2284
19816713    +Farmer State Bank of,   Sublette,   PO Box 20,   Sublette, IL 61367-0020
19816712    +Lee County,   Treasurer/Collector,   PO Box 328,   Dixon, IL 61021-0328
19816710    +M &T Bank,   c/o Pierce & Associates,   1 N. Dearborn, #1300,   Chicago, IL 60602-4321
19826972    +M&T Bank,   C/O,   Pierce & Associates,   1 N. Dearborn Ste 1300,   Chicago, IL 60602-4373
20755678    +PNC BANK,   PO BOX 94982,   CLEVELAND, OH 44101-4982
19816719     PNC Bank,   PO Box 3180,   Pittsburgh, PA 15230-3180
19816718    +PNC Bank,   6750 Miller Road,   Brecksville, OH 44141-3239
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19816709     E-mail/Text: camanagement@mandtbank.com Oct 26 2013 00:53:13      M & T Bank,   Attn:  CBD Team,
             PO Box 900,   Millsboro, DE 19966-0900
                                                                                             TOTAL: 1
```

```
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2013                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 24, 2013 at the address(es) listed below:
```
          Andrew J Nelson    on behalf of Creditor    M&T Bank anelson@atty-pierce.com,
           northerndistrict@atty-pierce.com
          David P Leibowitz, ESQ    dleibowitz@lakelaw.com,
           il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
          David P Leibowitz, ESQ    on behalf of Trustee David P Leibowitz, ESQ dleibowitz@lakelaw.com,
           il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
          Martin J O'Hearn    on behalf of Debtor Aleksander  Boron martinohearnlaw@sbcglobal.net
          Martin J O'Hearn    on behalf of Joint Debtor Sylwia  Boron martinohearnlaw@sbcglobal.net
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Toni  Dillon    on behalf of Creditor    M&T Bank tdillon@atty-pierce.com,
           northerndistrict@atty-pierce.com
                                                                                             TOTAL: 7
```