UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 12-49165 |
| | § | |
| ALEKSANDER BORON | § | |
| SYLWIA BORON | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $36,942.00 | Assets Exempt: | $38,071.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $3,223.48 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $4,036.25 | | |

3) Total gross receipts of $7,438.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $178.27 (see **Exhibit 2),** yielded net receipts of $7,259.73 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $137,261.24 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $4,036.25 | $4,036.25 | $4,036.25 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $101,176.15 | $31,172.31 | $31,172.31 | $3,223.48 |
| **Total Disbursements** | $238,437.39 | $35,208.56 | $35,208.56 | $7,259.73 |

4). This case was originally filed under chapter 7 on 12/14/2012. The case was pending for 13 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/15/2014     By: /s/ David P. Leibowitz
                          Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO
FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| Income Tax Refund | 1124-000 | $3,838.00 |
| 2007 Mazda CXS (55,000) -$13,725.00 2002 Mitsubishi Lancer (104,000) - $700.00 | 1129-000 | $3,600.00 |
| **TOTAL GROSS RECEIPTS** | | **$7,438.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT PAID |
|---|---|---|---|
| ALEKSANDER BORON AND SYLWIA BORON | Exemptions | 8100-002 | $178.27 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$178.27** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BMO Harris Bank NA | 4210-000 | $6,354.00 | NA | $0.00 | $0.00 |
| | Farmer State Bank of Sublette | 4110-000 | $2,565.64 | NA | $0.00 | $0.00 |
| | Lee County Treasurer/Collection | 4700-000 | $289.60 | NA | $0.00 | $0.00 |
| | M & T Bank | 4110-000 | $128,052.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$137,261.24** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $1,475.97 | $1,475.97 | $1,475.97 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $2.80 | $2.80 | $2.80 |
| Green Bank | 2600-000 | NA | $29.86 | $29.86 | $29.86 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $2,517.50 | $2,517.50 | $2,517.50 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $10.12 | $10.12 | $10.12 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | NA | $4,036.25 | $4,036.25 | $4,036.25 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 7100-900 | $1,994.83 | $1,996.02 | $1,996.02 | $206.40 |
| 2 | FIA CARD SERVICES, N.A. | 7100-900 | $13,495.49 | $13,287.46 | $13,287.46 | $1,374.04 |
| 3 | American Express Centurion Bank | 7100-900 | $12,758.06 | $12,758.06 | $12,758.06 | $1,319.29 |
| 4 | PNC BANK | 7100-000 | $2,511.85 | $2,622.40 | $2,622.40 | $271.18 |
| 5 | PNC BANK | 7100-000 | $499.80 | $508.37 | $508.37 | $52.57 |
| | Aneta Maty | 7100-000 | $50,001.00 | NA | NA | $0.00 |
| | CITI | 7100-000 | $9,603.84 | NA | NA | $0.00 |
| | Citicards | 7100-000 | $10,311.28 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $101,176.15 | $31,172.31 | $31,172.31 | $3,223.48 |

**UST Form 101-7-TDR (10/1/2010)**

Case 12-49165 Doc 51 Filed 02/10/14 Entered 02/10/14 14:46:11 Desc Main
Document Page 5 of 9

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1

Exhibit 8

| Case No.: | 12-49165-JPC | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | BORON, ALEKSANDER AND BORON, SYLWIA | | Date Filed (f) or Converted (c): | 12/14/2012 (f) |
| For the Period Ending: | 1/15/2014 | | §341(a) Meeting Date: | 02/07/2013 |
| | | | Claims Bar Date: | 08/07/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Real Property\r\nSingle Family Residence 7248 West 86th Street, 3B Bridgeview, IL 60455 | $50,000.00 | $0.00 | | $0.00 | FA |
| 2 | Woodhaven Association 509 LaMoille Road PO Box 110 Sublette, IL 61367-0110 Sect./Lot:100 TWP: 19 RNG/BLK:010 Woodhaven Lake Sect. 15 LT 168 BK 9808-2542 QCD | $5,000.00 | $2,434.36 | | $0.00 | FA |
| 3 | Funds in Debtor's possession | $100.00 | $100.00 | | $0.00 | FA |
| 4 | Funds in Debtor's bank | $200.00 | $200.00 | | $0.00 | FA |
| 5 | Furniture and appliances in Debtor's residence | $550.00 | $550.00 | | $0.00 | FA |
| 6 | Clothing | $200.00 | $200.00 | | $0.00 | FA |
| 7 | 2007 Mazda CXS (55,000) -$13,725.00 2002 Mitsubishi Lancer (104,000) - $700.00 | $14,425.00 | $0.00 | | $3,600.00 | FA |
| Asset Notes: | Debtor to pay equity on asset. | | | | | |
| 8 | Income Tax Refund | $3,838.00 | $3,838.00 | OA | $3,838.00 | FA |
| 9 | 2002 Mitsubishi Lancer (104,000) - $700.00 | $700.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**　　　　　　　　　　　　　　　　　　　　　　　　　　　**Gross Value of Remaining Assets**

　　　　　　　　　　　　$75,013.00　　　　　　$7,322.36　　　　　　　　　　　　　　$7,438.00　　　　　　$0.00

**Major Activities affecting case closing:**

| 02/15/2013 | Tax Intercepted |
|---|---|
| 02/15/2013 | Tax Intercept Completed |
| 03/27/2013 | Trustee requested the exemption be removed from the Trailer Lot; and to separate the exemptions and values for both vehicles (husband is only on title for the 2007 Mazda). Also please schedule the 2012 tax refund and exempt if there are any exemptions left. Also please send a copy of the auto statement for the 2007 Mazda. |
| | Amended amended schedules and auto statements to determine equity. |
| | 2007 Mazda CX-9 valued at $15,000.00 |
| | 2012 Tax Return $3838 |
| 04/19/2013 | Mazda |
| | Value $15000.00 |
| | Lien $6354.00 per schedule |
| | Exemptions $5012.00 |
| | |
| | Equity in Trailer Lot |
| | 1/3 value $5000.00 |
| | 1/3 Lien $2565.64 |
| | Equity $2434.96 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page No: 2
Exhibit 8

| Case No.: | 12-49165-JPC | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | BORON, ALEKSANDER AND BORON, SYLWIA | Date Filed (f) or Converted (c): | 12/14/2012 (f) |
| For the Period Ending: | 1/15/2014 | §341(a) Meeting Date: | 02/07/2013 |
| | | Claims Bar Date: | 08/07/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |

06/17/2013    Motion to Turnover continued to 7/9/13 - Must prepare motion to sell estate's interest in 2007 Mazda - Debtor to pay $3,600.00 of non exempt equity - Called Debtor's attorney to determine when debtor will tender funds.

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/31/2014 | /s/ DAVID LEIBOWITZ |
| **Current Projected Date Of Final Report (TFR):** | | DAVID LEIBOWITZ |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 12-49165-JPC | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | BORON, ALEKSANDER AND BORON, SYLWIA | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2104 | Checking Acct #: | ******6501 |
| Co-Debtor Taxpayer ID #: | **-***2105 | Account Title: | |
| For Period Beginning: | 12/14/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/15/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/15/2013 | (8) | United States Treasury | Tax Refund | 1124-000 | $3,838.00 | | $3,838.00 |
| 05/28/2013 | 3001 | ALEKSANDER BORON AND SYLWIA BORON | Entitled portion of tax refund. | 8100-002 | | $178.27 | $3,659.73 |
| 05/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $3.39 | $3,656.34 |
| 06/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $5.33 | $3,651.01 |
| 07/15/2013 | (7) | ALEKSANDER BORON | | 1129-000 | $3,600.00 | | $7,251.01 |
| 07/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $8.70 | $7,242.31 |
| 08/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $12.44 | $7,229.87 |
| 11/22/2013 | 3002 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $1,475.97 | $5,753.90 |
| 11/22/2013 | 3003 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $2.80 | $5,751.10 |
| 11/22/2013 | 3004 | Lakelaw | Claim #: ; Amount Claimed: 2,517.50; Amount Allowed: 2,517.50; Distribution Dividend: 100.00; | 3110-000 | | $2,517.50 | $3,233.60 |
| 11/22/2013 | 3005 | Lakelaw | Claim #: ; Amount Claimed: 10.12; Amount Allowed: 10.12; Distribution Dividend: 100.00; | 3120-000 | | $10.12 | $3,223.48 |
| 11/22/2013 | 3006 | PNC BANK | Claim #: 4; Amount Claimed: 2,622.40; Amount Allowed: 2,622.40; Distribution Dividend: 10.34; | 7100-000 | | $271.18 | $2,952.30 |
| 11/22/2013 | 3007 | PNC BANK | Claim #: 5; Amount Claimed: 508.37; Amount Allowed: 508.37; Distribution Dividend: 10.34; | 7100-000 | | $52.57 | $2,899.73 |
| 11/22/2013 | 3008 | Capital One Bank (USA), N.A. | Claim #: 1; Amount Claimed: 1,996.02; Amount Allowed: 1,996.02; Distribution Dividend: 10.34; | 7100-900 | | $206.40 | $2,693.33 |
| 11/22/2013 | 3009 | FIA CARD SERVICES, N.A. | Claim #: 2; Amount Claimed: 13,287.46; Amount Allowed: 13,287.46; Distribution Dividend: 10.34; | 7100-900 | | $1,374.04 | $1,319.29 |
| 11/22/2013 | 3010 | American Express Centurion Bank | Claim #: 3; Amount Claimed: 12,758.06; Amount Allowed: 12,758.06; Distribution Dividend: 10.34; | 7100-900 | | $1,319.29 | $0.00 |
| | | | | **SUBTOTALS** | $7,438.00 | $7,438.00 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 12-49165-JPC | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | BORON, ALEKSANDER AND BORON, SYLWIA | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2104 | | Checking Acct #: | ******6501 |
| Co-Debtor Taxpayer ID #: | **-***2105 | | Account Title: | |
| For Period Beginning: | 12/14/2012 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/15/2014 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $7,438.00 | $7,438.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $7,438.00 | $7,438.00 | |
| | | | Less: Payments to debtors | | $0.00 | $178.27 | |
| | | | **Net** | | $7,438.00 | $7,259.73 | |

| For the period of 12/14/2012 to 1/15/2014 | | For the entire history of the account between 05/15/2013 to 1/15/2014 | |
|---|---|---|---|
| Total Compensable Receipts: | $7,438.00 | Total Compensable Receipts: | $7,438.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,438.00 | Total Comp/Non Comp Receipts: | $7,438.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $7,259.73 | Total Compensable Disbursements: | $7,259.73 |
| Total Non-Compensable Disbursements: | $178.27 | Total Non-Compensable Disbursements: | $178.27 |
| Total Comp/Non Comp Disbursements: | $7,438.00 | Total Comp/Non Comp Disbursements: | $7,438.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 12-49165-JPC | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | BORON, ALEKSANDER AND BORON, SYLWIA | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2104 | Checking Acct #: | ******6501 |
| Co-Debtor Taxpayer ID #: | **-***2105 | Account Title: | |
| For Period Beginning: | 12/14/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/15/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $7,438.00 | $7,438.00 | $0.00 |

| For the period of 12/14/2012 to 1/15/2014 | | For the entire history of the case between 12/14/2012 to 1/15/2014 | |
|---|---|---|---|
| Total Compensable Receipts: | $7,438.00 | Total Compensable Receipts: | $7,438.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,438.00 | Total Comp/Non Comp Receipts: | $7,438.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $7,259.73 | Total Compensable Disbursements: | $7,259.73 |
| Total Non-Compensable Disbursements: | $178.27 | Total Non-Compensable Disbursements: | $178.27 |
| Total Comp/Non Comp Disbursements: | $7,438.00 | Total Comp/Non Comp Disbursements: | $7,438.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ